

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2023

No. 04-23-00106-CV

**FASKEN OIL** and Ranch, LTD., Fasken Land and Minerals, LTD., and Fasken Management, LLC, as General Partner of Fasken Oil, and Ranch, LTD., and Fasken Land and Minerals, LTD.,
Appellants

v.

Baldomero A. **PUIG**, III, Emily P. Kenna, James. W Puig, and Priscilla P. Oberton,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVK001106D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

On January 23, 2023, the trial court signed an "Amended Order on Fasken's Motion for Partial Summary Judgment on Deed Construction and Plaintiffs' Cross-Motion for Partial Summary Judgment on Deed Construction." In its order, the trial court granted appellants permission to appeal the order. A petition for permission to appeal was due in this court on February 7, 2023. *See* TEX. R. APP. R. 28.3.

On February 6, 2023, appellants filed an unopposed motion requesting an extension of time until February 22, 2023. The motion is GRANTED, and appellants are ORDERED to file in this court a petition for permission to appeal that fully complies with Rule 28.3 **no later than February 22, 2023**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2023.



MICHAEL A. CRUZ, Clerk of Court